IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:17-cr-00432-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHELLE MEDINA

Defendant.

---

### ENTRY OF APPEARANCE OF COUNSEL

---

To:    The clerk of court and all parties of record

    I, Amanda B. Cruser, hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    MICHELLE MEDINA

    DATED at Denver, Colorado this 15th day of November, 2017.

*/s/ Amanda B. Cruser*
Amanda B. Cruser

Boog & Cruser, P.C.
Firm Name

3333 S. Wadsworth Blvd., Suite D-201
Office Address

Lakewood, CO 80227
City, State, ZIP Code

303-986-5769
Telephone Number

abcruser@vfblaw.com
Primary CM/ECF E-mail Address