# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. __1:17-cr-00432-PAB_____

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHELLE MEDINA,

Defendant.

## ENTRY OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    United States of America
    (party name)

    (party name)

DATED at Washington, DC this 21st day of November, 2017.

/s/ Benjamin Joseph Weir
Name of Attorney

U.S. Dept. of Justice, Tax Division
Firm Name

P.O. Box 972
Office Address

Washington, DC 20044
City, State, ZIP Code

(202) 307-0855
Telephone Number

Benjamin.j.weir@usdoj.gov
Primary CM/ECF E-mail Address