IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 17-cr-00432-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHELLE MEDINA,

    Defendant.

_____

**MINUTE ORDER SETTING CHANGE OF PLEA HEARING**
_____

**Entered by Judge Philip A. Brimmer**

    A Notice of Disposition was filed on November 17, 2017 [Docket No. 9]. A Change of Plea hearing is set for **December 12, 2017 at 1:00 p.m.** Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers and to the Probation Department not later than 48 hours before the change of plea hearing. *See* D.C.COLO.LCrR 11.1(c). On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance. *See* D.C.COLO.LCrR 11.1(e).

    The Plea Agreement and Statement Relevant to Sentencing required by D.C.COLO.LCrR 11.1(c) (in the form prescribed) shall include also a separate section identifying each essential element required by law for the commission of each criminal offense to which the defendant intends to enter a plea of guilty.

    DATED November 28, 2017.