IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:17-cr-00432-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    MICHELLE MEDINA,

    Defendant.

_____

**GOVERNMENT'S NOTICE OF PARTIES' STIPULATION
AS TO RESTITUTION AMOUNT**
_____

    The United States of America, by and through Richard E. Zuckerman, Principal Deputy Assistant Attorney General, Tax Division, United States Department of Justice, and Kathleen M. Barry, Trial Attorney, Tax Division, United States Department of Justice, respectfully files this Notice of Parties' Stipulation as to Restitution Amount.

    The Government hereby provides Notice to the Court and Probation Office that the parties have agreed that the total amount of restitution as it relates to the above matter is $841,327.00. During the Sentencing Hearing on Thursday, June 14, the parties intend to present this amount as the appropriate restitution figure, and will request that the Court formally consider and accept this figure. The specific details and basis for such stipulation will be presented at the hearing. No testimony is anticipated due to the stipulation.

    Undersigned counsel for the Government represents that she has conferred with defense counsel, Amanda Cruser, and that she has counsel's permission to make such representation in advance of the Sentencing Hearing.

Respectfully submitted this 30th day of May, 2018.

        RICHARD E. ZUCKERMAN
        Principal Deputy Assistant Attorney General
        United States Department of Justice, Tax Division


By: */s/ Kathleen M. Barry*
KATHLEEN M. BARRY
Trial Attorney
United States Department of Justice, Tax Division
601 D Street N.W., Room 7334
Washington, D.C. 20044
Telephone: (202) 514-5762
Fax: (202) 514-9623
e-mail:  Kathleen.M.Barry@usdoj.gov
Attorney for the Government

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY THAT ON THIS 30TH DAY OF May, 2018, I electronically filed the foregoing GOVERNMENT'S NOTICE OF PARTIES' STIPULATION AS TO RESTITUTION AMOUNT using the CM/ECF system which will send notification of such filing to the following e-mail address:

Amanda B. Cruser, Esq.
e-mail: abcruser@vfblaw.com
Attorney for Michelle Medina.

               */s/ Kathleen M. Barry*
               Trial Attorney, Tax Division
               United States Department of Justice