



| | |
|---|---|
| Department of the Treasury | |
| Internal Revenue Service | |
| Austin, TX 73301-0035 | |

| | |
|---|---|
| Notice | CP32A |
| Tax Year | 2009 |
| Notice date | May 28, 2018 |
| Social Security number | XXX-XX-3367 |
| To contact us | 1-800-829-0922 |
| Page 1 of 1 | CAF 9H |

011709.711577.264487.11551 1 AB 0.408 373



MICHELLE MEDINA
%AMANDA B CRUSER
3333 S WADSWORTH BLVD UNIT D201
LAKEWOOD CO 80227-5141

011709

Message about your 2009 refund
# Call us to request your refund check

We previously sent you a refund check for $472.09. You didn't cash this check, so it expired on March 10, 2018.

We need you to call us before we can send you a replacement check.

## What you need to do

- If you still have the expired check, please destroy it.
- Call us at 1-800-829-0922 to request your replacement check.

## Next steps

- After you call us, we'll mail you a new check.
- If you owe other tax or debts we're required to collect, we may apply all or part of your $472.09 overpayment to the amount you owe. You'll receive a notice explaining how we applied the money and a check for the remaining balance, if there is one.

## Additional information

- Visit www.irs.gov/cp32a
- For tax forms, instructions, and publications, visit www.irs.gov or call 1-800-TAX-FORM (1-800-829-3676).
- Keep this notice for your records.

If you need assistance, please don't hesitate to contact us.

EXHIBIT 1