IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 17-cr-00432-PAB-1

UNITED STATES OF AMERICA,

              Plaintiff,

vs.

MICHELLE MEDINA,

              Defendant.

---

## ORDER TO SURRENDER IN LIEU OF
## TRANSPORTATION BY THE UNITED STATES MARSHAL

---

IT IS ORDERED that Defendant, MICHELLE MEDINA, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender herself by reporting to the Warden, Federal Correctional Institution Satellite Camp, Phoenix, Arizona, on July 12, 2018, by 12:00 noon, and will travel at her own expense.

DATED at Denver, Colorado, this __27th__ day of June, 2018.

BY THE COURT:

s/Philip A. Brimmer
_____
Philip A. Brimmer,
United States District Judge