IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No: 17-cr-00432-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHELLE MEDINA,

    Defendant.

_____

### ENTRY OF APPEARANCE OF COUNSEL
_____

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED in Denver, Colorado on this 20th day of October, 2021.

                MATTHEW T. KIRSCH
                ACTING UNITED STATES ATTORNEY

By:    *s/ Andrea Surratt*
        Andrea Surratt
        Assistant United States Attorney
        United States Attorney's Office
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Telephone: 303-454-0124
        Email: andrea.surratt@usdoj.gov
        Attorney for the Government

## CERTIFICATE OF SERVICE

      I certify that on this 20th day of October, 2021, I electronically filed the foregoing **Entry of Appearance** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                      By: *s/ Danielle Storinsky*
                            Legal Assistant
                            United States Attorney's Office