**UNITED STATES DISTRICT COURT**
DISTRICT OF COLORADO
PROBATION OFFICE



| | | |
|---|---|---|
| **LAVETRA A. MORGAN**<br>**Chief U.S. Probation Officer**<br><br>Byron G. Rogers U.S. Courthouse<br>1929 Stout Street, Suite C-120<br>Denver, CO 80294-0101<br>Phone: (303) 844-5424<br><br>212 North Wahsatch Avenue, Suite 300<br>Colorado Springs, CO 80903-3476<br>Phone: (719) 471-3387 | October 28, 2021 | **ELIZABETH RUSSELL**<br>**Deputy Chief U.S. Probation Officer**<br><br>400 Rood Avenue, Room 309<br>Grand Junction, CO 81501-2520<br>Phone: (970) 245-5396<br><br>La Plata County Courthouse<br>1060 E. 2nd Avenue, Suite 130<br>Durango, CO 81301<br>Phone: (970) 385-1934 |

RESPOND TO:  Denver

RE:    Michelle **MEDINA**
       Docket No. 17-CR-00432-1
       **PROBATION RESPONSE TO DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE [Document 36]**

This correspondence follows the Court's Order that the Probation Office respond to the defendant's motion for consideration of early termination of supervised release by November 1, 2021.

On June 14, 2018, the defendant was sentenced in the United States District Court in the District of Colorado, by the Honorable Philip A. Brimmer, Chief United States District Judge to 24 months imprisonment following her conviction for Evasion of Assessment of Federal Personal Income Taxes, in violation of 26 U.S.C. § 7201. Additionally, the Court imposed a 3-year term of supervised release, restitution in the amount of $801,475.22 and a $100 special assessment fee.

The defendant has been on supervision more than one year, making her statutorily eligible for early termination pursuant to 18 U.S.C. § 3583(e)(1). To evaluate suitability for early termination, the Probation Office is mandated to consider the following criteria that have been approved by the Judicial Conference Committee on Criminal Law.

- The person does not meet the criteria of a career drug offender or career criminal (as described in 28 U.S.C. § 994(h)) or has not committed a sex offense or engaged in terrorism;
- The person presents no identified risk of harm to the public or victims;
- The person is free from any court-reported violations over a 12-month period;
- The person demonstrates the ability to lawfully self-manage beyond the period of supervision;
- The person is in substantial compliance with all conditions of supervision; and
- The person engages in appropriate prosocial activities and receives sufficient prosocial support to remain lawful well beyond the period of supervision.

The risk assessment utilized by the U.S. Probation Office is the Post-Conviction Risk Assessment (PCRA). The defendant has a risk category of Low/Category 1 on the PCRA. In this category, defendants have a two percent re-arrest rate and a less than one percent revocation rate in the first six months of supervision.

The defendant was placed on the Low-Risk Supervision (LRS) caseload on July 10, 2020, due to her supervision compliance. She has maintained a stable residence, remains compliant with the conditions of supervision, and has complied with every request from her probation officer. To date, she has paid her $100 special assessment fee in full and $14,936.20 towards restitution.

Michelle **MEDINA**
Docket No.: 17-CR-00432-1
Page 2


Based on the defendant's positive conduct on supervision, it appears her time within the justice system has served as a strong deterrent for future involvement in criminal activities. When contacted, Assistant U.S. Andrea Surratt expressed no objections regarding the petition for early termination.

The Probation Office supports the defendant's motion for early termination. Should the Court have any questions regarding the above, please contact this officer at (303) 335-2414.


Respectfully submitted,

*s/Melissa Batalla*

Melissa Batalla
United States Probation Officer Assistant



Approved:

*s/Marcee Fox*

Marcee Fox
Assistant Deputy Chief United States Probation Officer